THE PEOPLE, ex rel. THE AMERICAN FIRE INSURANCE COMPANY, Appellant, *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Respondent.

(Argued March 6, 1883; decided March 13, 1883.)

REPORTED below (28 Hun, 261).

*Charles E. Miller* for appellant.

*George P. Andrews* for respondent.

Agree to affirm. No opinion.

All concur.

Order affirmed.